JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, an individual, | Case No. 2:20-cv-06615-PA-AFM |
|---|---|
| Plaintiff, | **ORDER DISMISSAL WITH PREJUDICE** |
| v. | |
| HIGHCO INVESTMENT, LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

1  After consideration of the Joint Stipulation for Dismissal of the entire action
2  with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Highco
3  Investment, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice
4
5  of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall
6  bear his or its own costs and attorneys' fees.
7
8  IT IS SO ORDERED.
9
10 DATED:  November 4, 2020
11
12  _____
    PERCY ANDERSON
    UNITED STATES DISTRICT JUDGE